```
                    IN THE UNITED STATES DISTRICT COURT
                  FOR THE MIDDLE DISTRICT OF NORTH CAROLINA


NORTH CAROLINA ALLIANCE         )
FOR RETIRED AMERICANS,          )
                                )
            Plaintiff,          )
                                )
     v.                         )
                                )
ALAN HIRSCH in his official     )
capacity as Chair of the        )
State Board of Elections,       )
JEFF CARMON in his official     )
capacity as Secretary of the    )
State Board of Elections,       )
STACY EGGERS IV in his          )
official capacity as Member     )
of the State Board of           )
Elections, SIOBHAN O'DUFFY      )
MILLEN in her official          )         1:23-cv-837
capacity as Member of the       )
State Board of Elections,       )
KAREN BRINSON BELL in her       )
official capacity as            )
Executive Director of the       )
State Board of Elections,       )
                                )
            Defendants,         )
*****************************   )
and                             )
                                )
PHILIP E. BERGER in his         )
official capacity as President  )
Pro Tempore of the North        )
Carolina Senate, and            )
TIMOTHY K. MOORE in his         )
official capacity as Speaker    )
of the North Carolina House     )
of Representatives,             )
                                )
            Intervenor-         )
            Defendants.         )
```

## ORDER

On December 15, 2023, the United States Magistrate Judge's Memorandum Opinion and Recommendation ("Recommendation") was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). (Docs. 29, 30.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a <u>de novo</u> review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 29), is **ADOPTED. IT IS FURTHER ORDERED** that the Proposed Intervenors' Unopposed Motion to Intervene, (Doc. 22), is **GRANTED,** and Philip E. Berger, in his official capacity as President Pro Tempore of the North Carolina Senate, and Timothy K. Moore, in his official capacity as Speaker of the North Carolina House of Representatives may proceed in this action as Defendant-Intervenors.

**IT IS FURTHER ORDERED** that in light of adopting the Magistrate Judge's Recommendation, the Unopposed Motion to Ascertain Status by Proposed Intervenors, (Doc. 28), is **DENIED AS MOOT.** In addition, Defendant-Intervenors Berger and Moore's Motion to Dismiss the Amended Complaint or, Alternatively, to Transfer, and accompanying Memorandum in Support, (Docs. 37, 38), are deemed timely filed.

- 2 -

Case 1:23-cv-00837-WO-JLW   Document 41   Filed 01/26/24   Page 2 of 3

This the 26th day of January, 2024.

```
                         _____
                              United States District Judge
```