# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

NORTH CAROLINA ALLIANCE FOR
RETIRED AMERICANS,

    Plaintiff,

    v.

ALAN HIRSCH, in his official capacity
as Chair of the State Board of Elections,
JEFF CARMON, in his official capacity
as Secretary of the State Board of
Elections, STACY EGGERS IV, in his
official capacity as Member of the State
Board of Elections, KEVIN N. LEWIS,
in his official capacity as Member of the
State Board of Elections, SIOBHAN
O'DUFFY MILLEN, in her official
capacity as Member of the State Board of
Elections, KAREN BRINSON BELL, in
her official capacity as Executive
Director of the State Board of Elections,

    Defendants.

Case No.1:23-cv-00837-WO-JLW

## SUGGESTION OF SUBSEQUENTLY DECIDED AUTHORITY IN SUPPORT OF PLAINTIFF'S PRELIMINARY INJUNCTION MOTION

Pursuant to Local Civil Rule 7.3(i), Plaintiff North Carolina Alliance for Retired Americans respectfully submits this Suggestion of Subsequently Decided Authority to advise the Court of the order issued by the U.S. District Court for the Western District of Washington in *Washington State Alliance for Retired Americans v. Hobbs, et al.*, No. 3:23-cv-06014 (W.D. Wash. Mar. 15, 2024), entering a consent judgment and decree, attached as Exhibit A. The consent judgment, which enjoins Washington's Secretary of State and state election officials from enforcing Washington's durational residency requirement, is attached as Exhibit B.

Dated: March 18, 2024.                             Respectfully submitted,

/s/ Narendra K. Ghosh
Narendra K. Ghosh
N.C. Bar No. 37649
PATTERSON HARKAVY LLP
100 Europa Drive, Suite 420
Chapel Hill, NC 27217
Telephone: (919) 942-5200
nghosh@pathlaw.com

David R. Fox*
Marilyn Gabriela Robb*
Tina Meng Morrison*
Ian U. Baize*
ELIAS LAW GROUP LLP
250 Massachusetts Ave, N.W., Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
dfox@elias.law
mrobb@elias.law
tmengmorrison@elias.law
ibaize@elias.law


*Participating via Notices of Special Appearance*


*Counsel for Plaintiff*

3